CAUSE NO. #

<u>PD 1176-15</u>

<u>PD 1177-15</u>

DATE: 10-26-15

DEAR, HON. CLERK: ABEL ACOSTA

SIR, PLEASE FILE AND DATE THE ENCLOSED SAID MOTION TO SUPPLEMENT AND PLEASE PRESENT SAME TO HONORABLE JUDGES OF COURT OF CRIMINAL APPEALS FOR CONSIDERATION * please note the <u>Goodman</u>-unit doesn't provide copies of any documents, thus, give a copy of this motion to any Court official of whom it may be required.* THANK YOU FOR YOUR TIME AND CONSIDERATION of this request.

Respectfully, Submitted

#1941538

_Malcolm McClen_

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta, Clerk

GOODMAN - UNIT

349 PRIVATE RD. 8430

JASPER, TX 75951

FILED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

cc: filed

Nos. PD-1176-15
PD-1177-15

MALCOLM McCLENON petitioner | IN THE COURT OF CRIMINAL

VS. | APPEALS

THE STATE OF TEXAS respondent | TRAVIS COUNTY, TEXAS

## MOTION TO SUPPLEMENT/PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE(S) OF SAID COURT:

Comes Now MALCOLM McCLENON petitioner pro se IN THE ABOVE SAID CAUSE, PURSUANT TO RULE 68.10 TX. R. APP. PRC., AND FILES THIS SAID MOTION TO SUPPLEMENT PETITION FOR DISCRETIONARY REVIEW AND SHOWS THIS COURT THE FOLLOWING:

### I.

PURSUANT TO RULE 68.10 OF THE TEXAS RULES OF APPELLATE PROCEDURE "UPON MOTION THE PETITION OR REPLY MAY BE AMENDED OR SUPPLEMENTED AT ANY TIME, JUSTICE REQUIRES," amended by TX. COURT CRIM. APP. EFF. 9-1-11.

### II.

### GROUNDS FOR REVIEW

WHETHER THE FIFTH COURT OF APPEALS JUDGES ACTED AS PARTISAN ADVOCATES IN RULING OF THE PETITIONER'S APPEAL

1.)

## ARGUMENT

PETITIONER CONTENDS THAT THE FIFTH COURT OF APPEALS JUDGES ACTED WITHOUT BE IMPARTIAL WHEN THE RULED ON HIS APPEAL IN SAID COURT ON AUGUST 11, 2015 IN CAUSE(S) 05-14-00833-CR and 05-14-00834-CR, IN THAT AT NO TIME DID THE STATE OFFER ANY TYPE OF REPLY BRIEF OR ARGUMENT IN RESPONSE TO PETITIONER'S Grounds for APPEAL, "THOUGH A CONFESSION OF ERROR (AS Called when STATE FAILS TO Respond) IS NOT CONCLUSIVE, IT'S AN IMPORTANT FACTOR" see SIVERAND VS STATE - 89 S.w. 3d AT 220 (TX. App. - corpus Christi 2002), SALDANO VS STATE 70 S.w.3d 884 id (TX. crim. APP 2002). However, THE FIFTH COURT OF APPEAL JUDGES (MYERS, FILLMORE and EVANS) IN THE 13 Page OPINION CHOSE NOT TO LOOK AT "ALL THE EVIDENCE" AS Required IN LEGAL - SUFFICIENCY REVIEW see JACKSON VS. VIRGINIA 99 S. ct 2781 (1979), BELL VS. STATE - 326 S.w.3d at 720 (TX. APP. DALLAS 2010) BROOKS VS STATE 323 S.w.3d at 894 - 911 (TX CRIM. APP. 2010) BUT INstead advanced arguments simply to Affirm petitioners Conviction, which is Completely unacceptable see Siverand 89 S.w.3d AT 219, IF SAID OPINION IS EXAMINE Closely pages 7 thru 10, The advancement of arguments are CLEAR when the Judges used the fact that petitioner was unemployed, The strongness of odor of the marijuna Hidden IN walls and stairs, Aoney NOT found on petitioner, and Select Impeached testimony OF witness Kelly as their opinion as petitioner's guilt as to suppressedly possessing MARIJUANA and gun ON DATE in question AT NO TIME DURING APPEAL did the state advance such arguments, THUS, "APPELLATE Judges who resolve issues NOT

RAISED BY PARTY, are PARTISAN ADVOCATES, NOT IMPARTIAL JURISTS "see ANSON VS. STATE 959 S.W.2d 2d at 211 n.2 (TX. CRIM. APP 1997). THIS OFFEND'S DUE PROCESS u.s.c.A const. Amend 14, BECAUSE AS STATED IN SIVERAND 89 S.W.3d at 219 said court EXPLAINED " we could ABANDON our roles as Impartial Jurists and become advocates for the State advancing arguments in order to affirm However THE Code of Judicial Conduct (namely CANON 3 - (B). (2) & (5)) Requires that we act impartially and THE RULES OF Appellate procedure requires the parties to advance their OWN Argument's TX. R. App P. 38.1(h), and 38.2 (A) (1), Finally decisional authority prevents us from advancing arguments on behalf of either party". THE FIFTH COURT OF APPEALS IN THIS CASE FAILED TO simply "Review all THE EVIDENCE AN ENSURE THE Jury Reached a RATIONAL CONCLUSION" as said court claims IN TEAR US. STATE 74 S.w.3d at 560 (TX. APP. - DALLAS 2002) yet said court clearly re-evaluated the weight and Credibility of the evidence in petitioners Case in a bias manner to Justify affirm the Jury's verdict, which remain's unrational, FOR SAID REASON'S the petitioner maintain's the FIFTH COURT OF APPEALS JUDGES ACTED AS PARTISAN ADVOCATES IN RULING OF HIS Appeal ON 8-11-15 AND Respectfully ask THIS COURT TO REVERSE SAID COURTS DECISION.

3.)

## PRAYER

WHERE FORE PREMISES CONSIDERED PETITIONER PRAYS THE COURT GRANT HIS MOTION TO SUPPLEMENT PETITION FOR DISCRETIONARY REVIEW, AND RELIEF REQUESTED THERE IN.

EXECUTED, THIS 26TH DAY OF OCTOBER 2015

RESPECTFULLY, SUBMITTED

#1941536
MALCOLM McCLENON

GOODMAN - UNIT
349 PRIVATE RD 8430
JASPER, TX 75951

## CERTIFICATE OF SERVICE

I, MALCOLM McCLENON DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF MOTION TO SUPPLEMENT HAS BEEN SERVED TO THE CLERK OF THE COURT OF CRIMINAL APPEALS: HON. ABEL ACOSTA AT SUPREME COURTS BLDG. 201 W. 14TH ST. RM 106 AUSTIN, TX 78711, ON THIS 26TH DAY OF OCTOBER 2015 BY PLACING SAME IN THE GOODMAN -UNIT MAIL ROOM.

Malcolm McClenon

4.)